# Court of Appeals
# of the State of Georgia

ATLANTA,__August 14, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26E0023.  ADAOBI NGOKA v. ADEWUNMI ADESUYI.**

On motion for reconsideration,[1] Ngoka filed the Notice of Appeal docketed in the Superior Court of DeKalb County on August 13, 2025. Given that appellate review of the trial court's order will not be complete prior to the deadline for Ngoka to list the contested home for sale, so as to  to "prevent the contested issue from becoming moot[,]"[2] the trial court's order of August 7, 2025 is hereby STAYED during the pendency of this appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__08/14/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] We note that Ngoka did not file a substantive motion, but instead merely filed a file stamped notice of appeal. We have, nonetheless, accepted her submission.

[2] Court of Appeals Rule 40 (b).